## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH COUNTRYMAN, et al., | ) | 3:10-cv-0085-ECR (RAM) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 8, 2011 |
| | ) | |
| RICHARD GARCIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Enlargement of Time to File Dipositive Motions (First Request) (Doc. #35).  Good cause appearing,

Defendants' Motion for Enlargement of Time to File Dispositive Motions (First Request) (Doc. #35) is **GRANTED**.  The last day to file dispositive motions is extended to and including **Monday, November 21, 2011**. **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.**

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                              By:        /s/
                                    Deputy Clerk