# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN and RICHARD ANDERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, et. al.,<br><br>    Defendants. | 3:10–cv-00085-ECR (WGC)<br><br>**MINUTES OF THE COURT**<br><br>September 18, 2012 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      On September 13, 2012, plaintiff Anderson sent a letter inquiring as to the balance owed on the filing fee in this matter, which letter has been docketed as a motion for miscellaneous relief. (Doc. #58.)  Plaintiff is advised that United States District Court filing fee of $350 was paid by counsel for the defendants when they removed Plaintiffs' action from the First Judicial District Court to the United States District Court on 2/12/12.  Therefore, Plaintiff's motion (Doc. #58) is **DENIED as moot.**

      **IT IS SO ORDERED.**

                                                                                               LANCE S. WILSON, CLERK

                                                                                              By:  /s/
                                                                                                   Deputy Clerk